# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Cabrini−Green Local Advisory Council, et al.

                                        Plaintiff,

v.                                                Case No.: 1:96−cv−06949

                                                        Honorable Edmond E. Chang

Chicago Housing Authority, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 28, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: The CDC's motion [352] to modify settlement order is denied. First, the motion comes too late, because the issue could have been raised in the earlier briefing on the motion to approve the settlement. Nor has there been any change in circumstances since the entry of the settlement order. Second, even if the issue were to be revisited anew, the provision is fair and reasonable. The lack of supporting records and evidence for the prior payments gave rise to a plausible claim for restitution that the CHA and the City have agreed not to pursue in the settlement order. Third, to the extent that the motion seeks interim payments before the appointment of the Temporary Custodian, see R. 342, again no evidence was submitted with the motion to support the prior payments. The duplicate motion [351] is terminated as a duplicate of R. 352. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.