# CABRINI GREEN LAC

# COMMUNITY DEVELOPMENT CORPORATION (CDC)

# TRANSITION PLAN

## November 11, 2021

PREPARED BY:

**DC & Associates, LLC**

*Innovative Strategies that Build & Develop Organizations*

**Debra Claybron**

**Temporary Custodian for the CDC**

CABRINI GREEN LAC CDC – TRANSITION PLAN

# TABLE OF CONTENTS

***Introduction***

# PHASE 1

Board Member Recruitments

# PHASE 2

Board Member Training

# PHASE 3

Staff Hiring

***APPENDICES***

    A.  Caretaker CDC Board Chart
    B.  CDC Profile
    C.  Liability and The Board of Directors
    D.  Setting Policy
    E.  Position Description – Director of the Board
    F.  Board Orientation Manual

## Introduction

The Cabrini Green LAC Community Development Corporation (CDC) organization is committed to a process of building a Board of Directors to steer the organization in the right direction to fulfill requirements of the US Courts, current and former residents of Cabrini Green, Chicago Housing Authority, City of Chicago, and other vested partners. Towards that end, the Caretaker CDC Board and Custodian have developed a recruitment plan to secure nine new Board members and hire an Executive Director and Accountant for the organization as describing the interactive process shown on the chart. (**Appendix A**).

As a way of background and clarity, this effort fulfills the obligations created by the US District Court of the Illinois Eastern District under the jurisdiction of the Honorable Judge Chang and elected Magistrate Judge McShain. This effort adheres to standards established by the court, and it is prepared with the understanding that the Court Order of April 21, 2021, is the agreed-to blueprint for oversight and management standards for the revived organization.

CDC was formed to promote community development and help create healthy communities that accommodate diverse groups, including the poor, by undertaking the preservation and development of affordable housing, particularly to low and very low-income residents, and facilitating employment and economic development opportunities for disadvantaged populations. Additionally, a reinstated CDC will be committed to spearheading our functional programming in housing development, hardship resources, career enterprises, and resident services. (**Appendix B – CDC Profile**).

The Caretaker CDC Board, with assistance from the Custodian supported by the Legal Team, has stabilized the office. This endeavor started in late July 2021 and, for the most part, ended in September 2021. During the interim, until the Caretaker CDC Board was able to move into Phase I of the Transition Plan, several extensive activities occurred impart from unaccommodating predecessors. The Caretaker CDC Board had to remove old signatories from bank accounts to replace them with new Caretaker Board signatories; gain access to the office and van resulting in changing locks. In addition, the Caretaker CDC Board did not have passwords to the computers to access financial information resulting in repair cost, nor could it receive mail due to lack of an available mail slot. LAC move-out was a slow and agonizing process, and due to Chicago Housing Authority (CHA) supplying all office equipment, the CDC office had to install its own phones, internet, and a copier machine to become a functional office.

The Caretaker CDC Board maintained daily operations by meeting its obligations to comply with minute court order requests, holding regular board meetings, obtaining adequate insurance, working with a CPA firm to complete the audit, and meeting with Development Partners. As stated in the 4/21/21 Agreed Order, the CDC Board will prepare an annual budget and annual year-end report of actual expenditures. The 2022 Annual CDC Budget will be submitted by December 15, 2021 followed by a 2021 year-end unaudited financial statement detailing expenses and income from January to December 2021 submitted by 1/31/2022. A report detailing expenditures made by the CDC benefiting the Cabrini Green community during the past five years (2017 to 2021) is scheduled for completion by 3/15/22.

## PHASE 1

### Board Member Recruitment

The Board of Directors has the fiduciary responsibility and is legally obligated for the operations of the organization. The members of the Board are unpaid volunteers, should avoid conflicts of interest, and will create an atmosphere of inclusion and transparency in its actions. Board members must be committed to the mission of CGCDC as stated above and be prepared to make a difference for the Cabrini Green community. On an aside, Board members must also protect themselves by obtaining and maintaining Directors' and Officers' insurance. (**Appendix C - Liability**)

In addition to the legal and financial obligations, the Board is responsible for hiring the Executive Director, and in this case, an Accountant/Bookkeeping staff person for the organization. Beyond these two persons, all other staff hires will be the responsibility of the Executive Director, provided the Board has approved the position(s) through the budgeting process.

Lastly, the Board is responsible for setting and approving organizational policies and procedures. (**Appendix D - Policy**). Before hiring staff, the revitalized Board has to review the By-Laws to ensure effective structure and systems establish internal controls as procedures for check signing and receipts. Other policies and practices will be implemented with staff over time.

The revived, new nine-member Board of Directors for the CDC is to have a mix of persons with community and professional experience. Six of the nine slots would be filed by current or former Cabrini residents or Housing Choice Voucher participants who were former Cabrini residents as provided under the CDDC bylaws. Previous Board members, their family members, and persons identified through the Courts are not eligible to be Board members. The balance will be outside professional persons, who are not required to have CHA, Cabrini Green experience, but must show commitment to the mission and the community being served.

Recruitment for current and former residents will be through Facebook, Instagram, Linked In, flyers, and via email. The existing Custodian and Caretaker CDC Board (as established by the 4/21/21 court order) will post the attached position description (**Appendix E**), along with a request for basic information – resume if available, name, statement of interest, and contact information; and a timeline – the cut-off date for applying, interview date, and selection date. Posting notices and outreach will start on November 1, 2021, and all applicants for residential positions will be identified by November 22, 2021.

Solicitation of persons who lack Cabrini Green experience will be limited to three professionals; with experience in social services, finance/accounting, or advertising/marketing. These persons will also be recruited through Facebook, Linked-In, and Instagram. Additionally, professional organizations such as CPAs for Public Good and local social services such as Catholic Charities, National Association of Social Workers, and Centers for New Horizons will be outreached for these three individuals. The timeline will also be November 1, 2021, through the 22nd.

After the identification process for potential board candidates has been completed, the Cabrini Green LAC, City of Chicago, and Chicago Housing Authority key representatives will be invited to provide input during the interview questions and process. Interviews will take place from December 1, 2021, to the 15th. The Custodian and Caretaker CDC Board will conduct interviews. After the process is completed, select candidates' names will be submitted to the City of Chicago and the Chicago Housing Authority for any objections. In the event of any objections, all parties agree that Judge McShain will make the final decision. Upon completion and adherence to this procedure, the Cabrini Green LAC shall

appoint these new and independent CDC Board Members.  Board members must agree to comply with the 4/21/21 consent order.  The new Board configuration of both CDC Directors and Officers (President, Vice-President, Secretary and Treasurer) in accordance with the CDC bylaws shall be appointed by the LAC on December 21, 2021.  If nine new members cannot be identified through this process, those selected will be appointed on December 21, and there will be an ongoing recruitment process to reach nine members.

## PHASE 2

### Board Member Training

After selection and appointment of the new CDC Board of Directors including Officers are completed, onboarding Board members will be initiated utilizing an extensive orientation process. The process is based on a collective impact approach methodology combined with strategic performance designed to train Board members effectively.  This will entail three separate training sessions to create familiarity with working together, develop a structure to move forward, and identify the programming and activities for the first year of operations. This process is essential towards understanding non-profit management, hiring competent staff, and setting initial budget parameters for the organization. A professional facilitator with board development expertise will lead these training sessions.  All Board members will be provided with **Appendix F – Orientation Manual** for self-preparation and background material.

Topics to be finalized include interactive discovery activities around key questions as listed below;
- What are the outstanding obligations and old business of the organization?
- What programs/initiatives should be initially undertaken by new staff hires?
- What financial policies will be put in place when staff is hired?
- What information should the initial one year budget contain?
- What are the parameters of the initial Executive Director contract?
- Are there other concerns to be addressed as a Board of Directors at this time?

Throughout these training sessions, members will be making an intentional commitment to the organization's mission, developing a sense of fiduciary obligations, and understanding the separation of Board and staff related to management, monitoring, and duties of the organization.

After finishing all three training sessions (and to initiate a strategic planning trajectory for one year of operations), the Board members will host its first official CDC Board of Directors meeting; the first order of business is to develop a process for hiring staff to implement agreed programming and manage the annual budget.  The training sessions will be recorded and allow new or existing Board members to have an opportunity to access virtual training at any time.  Board training will occur between January 5, 2022, and February 21, 2022, after finalization of the Board using an in-person location or virtual platform (Zoom or Google Meet) as determined by board members, facilitators, and, more importantly, inclement weather conditions.

## PHASE 3

### Staff Hiring

Upon appointment, the Board of Directors will start the hiring process of identifying candidates and expectations for an Executive Director and Accountant for the organization to implement the day-to-day duties of the organization. The Board of Directors is unpaid volunteers who will be assisting paid professional staff to implement programs and initiatives of the CDC. Board and staff are two separate roles and cannot be the same person(s).

The hiring of staff will take place after the completion of Board Training. The job description for the Executive Director and Accountant will be based on standardized requirements as identified through Indeed, Zip Recruiter, and Idealist job boards and recruitment centers. Qualifications will be persons with experience in the program areas (housing development, hardship resources, tenant services, career enterprises, and job placement). The selected person will also have managerial or executive experience.

The first ad hoc committee of the Board, to be developed during the Board member training process, will be an Interview Committee. This committee of three people will be responsible for finalizing the job description and interview schedule for the Executive Director and Accounting staff persons for the organization. A detailed job description will be completed by February 25, 2022, and posted onto the stated Job Boards by March 1, with a response time by March 15, 2022. Interviews will take place the week of March 28, with recommendations by April 8. The Executive Director is a contractual position, with said contract needing approval from CHA and the City of Chicago having objection authority. In such an event and a mutual solution cannot be reached, Judge McShain shall have a final ruling in this matter. The initial budget approved and set by the Board of Directors should be for one year mirroring the same timeframe for the Executive Director's contract and Accountant personnel. All other staff hiring will be under the direction of the Executive Director.

Specific duties of the Executive Director will be based on the program and initiatives as decided by the Board of Directors. This decision will also inform the qualifications of said Director. The second person will be responsible for bookkeeping and reporting financial status to the Board of Directors. A financial management policy will be developed and implemented between the two staff person to ensure a separation of responsibilities and duties. All checks and expenditures should require two signatures and approval. One authorized signer should be the independent Treasurer of the organization.

# CABRINI GREEN LAC COMMUNITY DEVELOPMENT CORPORATION
## Not-for-Profit 501 (c)3

**VOLUNTEER NON-COMPENSATED**
**BOARD OF DIRECTOR STRUCTURE eff. 4/21/21-Court Agreed Order #335**



*U.S. Federal Courts – Honorable Judge Chang & Magistrate Judge McShain*

*Parties of Interest – Chicago Housing Authority, City of Chicago, and (Vested Partners & Community)*

**Attorney Support**

Univ. of Chicago Law School
Jeffrey Leslie
Director/CDC
Transactional
Attorney and Team

Court Appointed Governance
**CDC Caretaker Board (Interim)**

**Court Appointed Temporary Custodian**
Debra Claybron
DC & Associates, LLC
Effective 7/23/21

**Selection of a new 9 members Board of Director and Training by 2/21/2022**

**Staff/Operations 4/15/22**
- Executive Director
- Financial Personnel

**Appendix A**

# CABRINI GREEN LAC
# COMMUNITY DEVELOPMENT CORPORATION

*Redevelopment to Secure Quality Affordable Housing*     312.291.8935 | 460 W. Division Street | Chicago, IL 60610

---

Cabrini Green LAC Community Development Corporation (CDC) is a not-for-profit 501(c)3 registered in Illinois since 2003 governed primarily by motivated residents interested in the social and economic sustainability of the Cabrini Green community and public housing residents.

## MISSION

*To promote community development and to participate in the creation of healthy communities that accommodate diverse groups, including the poor, by undertaking the preservation and development of housing affordable particularly to low and very low-income residents and by facilitating employment and economic development opportunities for disadvantaged populations.*

## PROGRAMS

### Housing Development

Produce affordable high quality housing units by partnering with various for-profit corporations in alignment with CGCDC mission to development on demolished public housing site areas bounded by North Avenue on the north, Chicago Avenue on the south, Wells Street on the east, and Halsted Street on the west, all located in Chicago, Illinois.

### Hardship Resources

Assist Residents who are challenged by financial circumstances or crises that cause them to not stay in lease compliance.   Funds are created to provide a safety net to allow residents to regain stability and become compliant with their lease.  Residents will be required to utilized other case management services offered by other city-wide agencies and local churches and businesses connected through an internal referral system.

### Career Enterprise

Focused on economic development by creating job opportunities for current and returning residents to participate in apprenticeship programs, construction, social enterprises and entrepreneurship.   CGCDC in collaboration with real estate development partners, local businesses, churches and schools are working closely to provide consistent support for the program.

### Resident Services

Provide services to promote adaptability to different environments and access to local resources within the communities.
- Host community meetings to inform residents of various opportunities and engage them in surveys to collect data to determine needs.
- Distribute Newsletters to all residents to give updates and information.
- Transport senior residents to and from doctor appointments and grocery shopping.
- Instruct residents on their rights and provide assistance or referrals as needed.
- Provide one-on-one interventions in working with building property management staff.
- Assist in the screening process to select eligible residents.

## CALL 312.291.8935 or email CGCDCinfo@gmail.com

# CABRINI GREEN LAC
# COMMUNITY DEVELOPMENT CORPORATION (CDC)

## LIABILITY AND THE BOARD OF DIRECTORS

The Board of Directors of every nonprofit corporation is legally liable for the corporation's activities. In many states, the personal assets of Board Directors who serve without compensation are protected. Under Illinois law, they are protected unless the Board violates the willful and wanton standard (i.e., they show an actual or deliberate intention to cause harm or an utter indifference to, or conscious disregard for, the safety of others and their property).

**Possible legal ramifications for a nonprofit organization encompass four situations which could open either the corporation or its Directors to a level of vulnerability.**

- ➢ Injury occurring to a visitor on the organization's property or at an organization-sponsored event.
- ➢ Disgruntled employee objecting to disciplinary action, unfair treatment or termination.
- ➢ Failure to pay Federal or State withholding taxes.
- ➢ Failure to file regulatory reports (State/Federal 990 Tax Forms, Annual Reports) in a timely fashion.

**There are several common-sense practices which you can follow in order to protect yourself and CDC.**

- Attend and participate in all regular and special Board meetings.
- Attend and participate in all appropriate committee meetings.
- Read all minutes and reports given to you.
- Be familiar with organizational literature.
- Fulfill the fiduciary responsibility by understanding and approving CDC's financial management practices (budgets, financial statements, fiscal controls).
- Avoid self-serving policies or potential conflicts of interest.
- Completely familiarize themselves with all programs and services.
- Ask questions if there is something you do not understand.
- Be certain that CDC is fulfilling all legal reporting requirements.
- Monitor and seek to improve the public image of CDC.
- Approve a comprehensive set of personnel policies and evaluate the Executive Director annually.
- Treat affairs of this nonprofit corporation in a serious manner with appropriate actions.
- Require adequate general liability and director & officer insurance is in place at all times.

# CABRINI GREEN LAC
# COMMUNITY DEVELOPMENT CORPORATION (CDC)

# SETTING POLICY

The primary responsibility of the Board of Directors is to set policy. At Cabrini Green LAC CDC, a policy can be defined as a *'written organizational rule'* which then becomes a matter of record for the Board and staff to follow.  A well-articulated policy provides direction about what <u>steps</u> must be taken, what <u>procedures</u> must be developed or followed, and <u>who</u> will be affected by the policy.  Policies are governing principles approved by the Board to guide the Board, staff and volunteers of the CDC.

The Board must determine policies in all management areas, not just with regards to bylaws or personnel.  Policies are developed in all of the following:

- Corporate structure and the Board of Directors
- Property Development & Management
- Programs
- Human Resources
- Finances
- Fundraising and Earned Income
- Public Relations

Typically, it is the position of the Board that unless a specific Board policy prohibits the Executive Director from acting; the Executive Director is permitted to act, guided by standards of prudence and reasonableness.

The policies should follow a standard format that will ease review and enforcement.

- Policy statement
- Definitions
- Implementation parameters
- Date adopted by the Board
- Date of amendments/resolutions
- Date of review
- Committee responsible for review

# CABRINI GREEN LAC
# COMMUNITY DEVELOPMENT CORPORATION

# POSITION DESCRIPTION

**TITLE:**   Director of the Board

**GOAL:**   In collaboration with the entire Board, the Director is responsible for ensuring effective and fiscally sound programs and operations by providing vision, leadership, advice and direction to the staff and volunteers of Cabrini Green CDC.

## DUTIES AND RESPONSIBILITIES:

- Understand the roles, responsibilities and liabilities of serving on the Board.
- Be loyal to the mission of the organization.
- Prepare for each Board meeting by reading material distributed prior to the meeting.
- Attend regular and special Board meetings and participate in the proceedings as prescribed in the by-laws.
- Serve on at least one, but not more than two Board Committees and actively participate in the meetings.
- Maintain knowledge of Board bylaws, manuals/policies and current programs and staff.
- Participate in all fundraising efforts of the CDC.
- Share resources and talents with CDC including expertise, contacts for financial support and contacts for in-kind contributions.
- Serve as an advocate of CDC to various constituent groups.
- Be accessible, at least by phone or via internet, to Board Directors and committee members as needed.
- Contribute 6-10 hours per month in working on Board-related activities.
- Fulfill commitments within the agreed-upon deadlines.
- Hold in confidence any proprietary information given to Board Directors.
- Take initiative and provide leadership.

## QUALIFICATIONS:

- Knowledge of and commitment to the mission and programs of CDC.
- Specific experience and/or knowledge in at least one of these areas: administration, board functions, program development, personnel, finance, fundraising, public relations, marketing, social media and advocacy.
- Ability to work effectively in a team inspired environment.
- Adequate time availability.
- Participate in mandatory board orientation and leadership development training.
- If a Resident, you must be in good standing with CHA.
- Relatives of the current LAC or former CDC board members are not eligible.

## CABRINI GREEN LAC
## COMMUNITY DEVELOPMENT CORPORATION (CDC)

*Redevelopment to Secure Quality Affordable Housing*     312.291.8935 | 460 W. Division Street | Chicago, IL 60610

# Welcome to the
# CDC Board of Directors

## An Orientation Manual for Directors

**Prepared by: Debra Claybron**
**DC & Associates, LLC**



# Table of Contents

*INTRODUCTION*

1. Fiduciary Responsibilities of a Board Member

2. Fundraising

3. Board's Responsibility for Financial Oversight

4. Strategic Planning

5. Overseeing the Performance and Compensation of Management

6. Risk Management and Directors' and Officers' Insurance

7. Board Evaluation


*CONCLUSION*

# Introduction

Welcome to the Board of Directors. We appreciate your willingness to serve. Cabrini Green LAC Community Development Corporation/CDC fills an important need in our community, and we believe that you will find serving on the Board a rich and rewarding experience.

As a Director, you and your fellow board members are responsible for overseeing the CDC operations, while maintaining our commitment to the CDC's mission. This involves establishing our strategic direction, ensuring our compliance with all applicable legal requirements, and keeping CDC's financially healthy. This manual will help you understand your rights and responsibilities as a Director so that you can effectively carry out these duties. We encourage you to refer to it whenever you have questions about your Board service.

Over the past several years, many groups and organizations have placed a great emphasis on nonprofit governance. Watchdog groups such as the Better Business Bureau's Wise Giving Alliance and Charity Navigator regularly rate charities based in large part on CDC's governance structure. The IRS has redesigned the Form 990, the reporting form that most charities must file with the IRS on an annual basis, asking for information that is much more detailed about every nonprofit organization's governance practices and policies. Donors, foundations and the press have also placed a greater emphasis on nonprofit governance.

 CDC strives to maintain a Board that promotes a culture and structure to meet the new generation of nonprofit standards. We see meeting these new standards as supported by our by-laws as the best way to practice our mission and keep CDC healthy.

Before you begin reviewing this manual, you should remember that you are not alone. When exercising your responsibilities, you may draw from the expertise of your fellow Directors and Management. In addition, you may rely on the expertise of individuals retained by CDC to assist. These individuals include our legal counsel, independent auditors and consultants.

## MISSION

*Cabrini Green LAC Community Development Corporation (CGCDC) is organized to promote community development and to participate in the creation of healthy communities that accommodate diverse groups, including the poor, by undertaking the preservation and development of housing affordable particularly to low and very low-income residents and by facilitating employment and economic development opportunities for disadvantaged populations.*

## 1. Fiduciary Responsibility of a Member of the Board of Directors

As a Director, you have certain legal responsibilities that you must follow. This section is designed to give you some of the information you need to carry out those responsibilities. However, this material can only provide you with general information. It cannot answer every situation that may arise and should not be construed as legal advice. Therefore, if the Board has a specific situation with respect to which it needs guidance, they should refer to the by-laws and then consult with legal counsel to determine what is appropriate on a case-by-case basis. In addition, if you have questions about any potential legal liability you may have as a Director, you should consult Section 6 of this manual, Risk Management and Directors' and Officers' Insurance.

    **A.** <u>The Tone at the Top:</u> The "tone at the top" refers to the ethical climate created in an organization by its leadership. You are an essential part of this. Through your leadership on the Board, you can foster a climate whereby the Directors, employees, and volunteers act in a manner that upholds the highest ethical standards, while carrying out necessary duties. It is important to create this expectation for the Board and others. If you and your fellow Directors appear unconcerned with maintaining high standards, this attitude will be observed by the employees and volunteers, and it will influence their behavior as well.

    The Board should make clear that, in making decisions, it is doing what it believes is in the best interests of CDC to help carry out the mission. It is also the Board's responsibility to ensure that CDC fully complies with all applicable federal, state and local laws and regulations. You are expected to comply fully with our code of ethics, which includes the Conflict of Interest Policy. You and the other members of the Board are responsible for ensuring that all others comply with these policies including the by-laws as well. In particular, the Board is responsible for implementing the Whistleblower Policy and for ensuring that any claims of wrongdoing by a Director, officer, employee, or volunteer are investigated fully and fairly, and that there is no retaliation against anyone bringing a claim in good faith.

    **B.** <u>Duty of Care:</u> As a Director, you must perform your responsibilities with the same care an ordinarily prudent businessperson would use in managing his or her own affairs. This means that you should act in good faith, stay informed and active, disclose to other Directors material information that is not already known to them unless you are obligated to keep the information confidential, and exercise independent judgment when making decisions on behalf of CDC.

    The Board may delegate certain core Board functions to committees of the Board. Any committee authorized to act on behalf of the Board must be comprised entirely of Board members. The duties that may be delegated to committees of the Board are typically specified in CDC's by-laws.

The Board should delegate day-to-day duties to the CDC's Executive Director, subject to the Board's review and oversight. The Board may also appoint advisory committees, which are designed to advise the Board when carrying out its Board functions.

As a Director, you may rely upon:

- Information provided by employees as part of their jobs;
- Professional advice of attorneys, independent public accountants, and other experts in their field; or
- Information provided by a Board committee in the course of its assigned work.

However, you may not delegate your personal responsibilities as a member of the Board to others. At the end of the day, you and your fellow Directors bear the responsibility for determining what is best for CDC.

    **C.** <u>Duty of Loyalty:</u> As a Director, you must act in the best interests of CDC and not for your personal benefit. To avoid impropriety or the appearance of impropriety, you must disclose to the Board any potential conflict of interest and refrain from participating in any decision of the Board in which you have such a conflict.

4

In addition, under Illinois state laws, you cannot borrow money from CDC nor can you authorize the CDC to loan money to any officer or other Director of the CDC, except under limited circumstances such as to provide an advance to pay reimbursable expenses that the Director may incur.

The Board has adopted a Conflict of Interest Policy that applies to all Directors and senior managers. Every year, you should fill out the Conflict of Interest Questionnaire. Familiarize yourself with the Conflict of Interest Policy and ensure that you and your fellow Directors follow it.

**D. Duty of Obedience:** All Directors must act in a manner consistent with the provisions of the articles of incorporation, by-laws, and tax-exempt status of the CDC. You should be familiar with our mission and take it into account with every decision you make for CDC. In addition, you should help the CDC comply with all federal, state and local laws as they apply to the organization.

**E. Duty to Inform:** Officers have a duty to provide the Board of Directors with the information that the officer has learned while performing his or her duties that is material to the Board in carrying out its responsibilities to the CDC.

An officer also has an obligation to inform a superior officer, the Board of Directors or other appropriate person if the officer believes that another person has engaged or is likely to engage in a material breach of duty to the CDC or in a material violation of the law involving the organization. If you also serve as an officer of the CDC as well as a Director, you must comply with the duty to inform. If you only serve as a Director, you too must inform your fellow Directors of any wrongdoing as part of carrying out your Duty of Care to the CDC.

**F. Confidentiality:** You should not disclose information about CDC's activities unless the Board decides to make the information public, or unless the information is a matter of public record.

**G. Attendance:** You should demonstrate your commitment to the CDC by regularly attending Board meetings and meetings of the committees to which you have been assigned. This will allow you to stay informed of activities and, in turn, The CDC will benefit from the skills you bring to the Board.

There are ways you can attend meetings without being physically present. For example, you may participate via conference call, provided you can hear all the other participants in the meeting and they can hear you. However, being a member of the Board of Directors is a personal responsibility. You cannot delegate this responsibility to others. Therefore, under the law you cannot give someone else the authority to attend a Board meeting or vote on your behalf. Specifically, you cannot vote by proxy.

**H. Director's Rights:** A Director's legal rights are designed to assist you in carrying out your fiduciary duties as a member of the Board. For example, it is important that you stay informed about CDC's business affairs. Consequently, as a Director, you have a right to have reasonable contact with the CDC's Executive Director to discuss the organization business affairs. You also have the right to inspect the books and records of the CDC and to request additional information from management.

At the same time, you should remember that while the Board retains the ultimate responsibility for operations, the senior managers are responsible for the day-to-day management of the CDC. Your duty as a Director is to ensure that they exercise their management responsibilities in a manner that best serves the organization. It is not in the CDC's best interests if the Board attempts to review and approve day-to-day management decisions, or substitutes its judgment for that of the Executive Director.

Therefore, when you request information from management, it is important that you are reasonable in the frequency and scope of your requests. You want to take care that your requests are suited to what you need to perform your job as a Director, and not the day-to-day management of the CDC.

Another important way to stay informed about the CDC's activities is to review the Board and committee minutes. The Board will be provided with the minutes of the meetings in a timely manner. The Board secretary

5

should prepare the minutes of any Board meeting promptly after the meeting, but at least in time to be approved before the next Board meeting. If, for some reason, you do not receive the minutes of a Board or committee meeting, you have the right to ask for a copy of the minutes.

You will be given advance notice of each meeting so that you can prepare for the meeting and plan to attend. The amount of advance notice for each type of meeting is specified in the by-laws. If you do not receive the proper amount of advance notice, you can still attend the meeting and participate.

There may be situations where the fact that you did not receive proper advance notice is detrimental to the CDC. In such case, you have the right to object to the fact that you did not receive proper notice of the meeting. However, your participation at the meeting must be limited to making your objection. If you participate in the substance of the meeting, you will be considered to have waived your right to make an objection.

Finally, the CDC encourages open and informed debate among the Board Directors, which helps ensure the best possible decisions are made. If you disagree with any action the Board proposes to take, you have the right to vote against the action. In addition, you have the right to have the Board secretary record your objection, by name, in the minutes of the meeting. This is important if you believe that the actions of the Board are not only unwise, but also improper. In such case, if you object to the actions and have your objection recorded in the minutes, you may escape liability if the action is later challenged.

I. **Private Inurement and Private Benefit:** The Internal Revenue Code gives tax-free status to charitable organizations because they provide important benefits to the public. However, the Internal Revenue Code also provides that a tax-exempt organization must be operated for the benefit of the public and not for the benefit of "insiders." This is called the private inurement rule. As a Director, you must ensure that insiders do not receive favorable treatment. Otherwise, the CDC risks losing its tax-exempt status. Some examples of favorable treatment may include paying more than fair market value for goods or services provided by an insider, or creating a job for someone just because he or she is related to an insider.

By insiders, the Internal Revenue Service (IRS) refers to anyone with a unique position with the CDC that allows him or her to control or influence the organization and application of its funds or assets. Insiders would include the following individuals:

- Founders;
- Officers;
- Members of the Board of Directors;
- Senior staff members, and
- Any of the above individuals' relatives such as a spouse, parent, siblings and their      children and their spouses, and great grandparents, grandparents, grandchildren, and great grandchildren and their spouses.

It is permissible to give a benefit to any individual, even a Director that qualifies under CDC's normal charitable guidelines.  But if a beneficiary under CDC's normal charitable guidelines is a Director or other insider, proper procedures to address conflict of interest issues must be followed.  In addition, as a Director you must make sure that CDC's activities further the public good. Therefore, you should make sure all of the organization business transactions are in its best interests and help it carry out the mission.  CDC's assets should not be used to serve a private good.

❏ *Example:* CDC wants to buy a building and it cannot use all of the space immediately. Therefore, the Board decides to rent out the unused space. As a Director, you should try to maximize the value of the building to the CDC.  CDC should not charge any tenant less than market rent simply because the tenant is a friend of a Director, or has some other connection to the nonprofit, such as a business relationship. If it does so, CDC may be in violation of the private benefit rule.

One exception to the example above may be if the tenant is another tax exempt organization. In such case, it may be acceptable to charge a lower rent or no rent at all to provide assistance to the other charitable organization because it also helps the CDC carry out its tax-exempt mission.

6

**J.** **Board Compensation:** As a Director, you will not be compensated for your services. Moreover, you cannot claim a deduction for the value of your donated services to the CDC. You may be reimbursed for any reasonable out-of-pocket expenses you incur on behalf of the CDC, in accordance with our expense reimbursement policy. CDC will not, however, reimburse a member of the Board of Directors for the cost of his or her spouse's or other dependent's travel to organization events. If you elect not to be reimbursed for your out-of-pocket expenses, you may be able to deduct them as a charitable contribution to the CDC.

**K.** **Political Activity and Lobbying**

**1. Lobbying**

As a tax-exempt entity, the CDC may engage in limited lobbying activities. For this purpose, The CDC will be regarded as lobbying if it attempts to influence legislation. Attempting to influence legislation includes contacting or urging the public to contact members or employees of a legislative body for the purpose of supporting or opposing legislation, or advocating for the adoption or rejection of legislation.

Legislation includes actions by Congress, the city council, state legislatures, or any other elected body, such as a school committee, with respect to acts, bills, or resolutions. It applies to such actions as confirming an individual for office, such as a judge or cabinet member. It also applies to ballot initiatives or similar procedures to be voted upon by the public. The definition of legislation does not include actions taken by the courts or government agencies.

As noted above, there are limits on the amount of lobbying in which the CDC may engage. The Internal Revenue Code provides that a nonprofit that is exempt under Section 501(c)(3) cannot expend a "substantial" part of its activities in lobbying. If the CDC engages in excessive lobbying, it will be subject to an excise tax and will be at risk of losing its tax-exempt status. As a Director, you should ensure that CDC complies with the rules against excessive lobbying. In addition, certain lobbying activities may require the organization to register as a lobbyist with various federal, state and local government authorities. If the CDC wishes to engage in any lobbying activity, the Board should work with legal counsel and Executive Director to ensure that procedures are put in place to comply with these regulations and the IRS limitations on lobbying activities.

**2. Rules Prohibiting Political Activities**

Under the Internal Revenue Code, the CDC, like all tax-exempt charities, is strictly prohibited from intervening on behalf of, or in opposition to, candidates for local, state, or national office. If CDC violates this rule, it is subject to an excise tax on the amount expended on the campaign activity and faces the risk of losing its tax-exempt status.

This does not mean that, just because you are a Director, you cannot be involved in political activity as a private individual. However, you may not use CDC's property or other assets, including CDC's name, on behalf of or against any candidate for office. You should also make clear that any political statements you make, such as an endorsement of a candidate, are made in your personal capacity and not in your capacity as a Director of the CDC, and that the statements should not be made at an event sponsored or hosted by the CDC or in any of its publications.

If you are in any doubt as to whether your activities would be considered improper political activities on behalf of the CDC, you should consult with the Board officers and legal counsel before engaging in those activities.

**L.** **Summing Up:** While all these responsibilities may seem like a lot to keep straight, you can broadly summarize your fiduciary duties by answering the following questions:

1. Do you put CDC's interests before your own?
2. Do you ensure that others do as well?
3. Do you regularly attend Board and committee meetings?
4. Do you read the information provided to you as a Director or otherwise stay informed?
5. Do you exercise your independent business judgment as best as you can?
6. Do you do your best to make sure that the CDC follows the law, including the special rules applicable to nonprofits?
7. Do you rely on the advice of legal counsel and independent accountants to assist you in your work?
8. If you follow these steps, you will go a long way towards faithfully carrying out your fiduciary duties as a Director and help establish the proper ethical tone for the CDC.

## 2. Fundraising

**A. Fundraising Strategy**: These days, it is not enough to have a good purpose and programs. There are many nonprofits with important missions to fulfill, and there is a limited amount of money to support all their worthy causes. At the same time, without proper funding, the CDC cannot serve the critical needs of the community it has identified.

Therefore, one of the most important roles of our Board is to define and establish a successful fundraising strategy to sustain CDC's goals. The role of the Board in raising revenue is unique, and it is one of the critical differences between nonprofit and for-profit businesses.

The Board has a responsibility to attract resources to sustain CDC's programs and fulfill its mission. The Board must select and support Executive Director, put the budget in place, and oversee and evaluate the CDC's fundraising and financial performance.

Even though the Board is ultimately responsible for CDC's fundraising strategy, the fundraising activities will not succeed without a close partnership with management. There has to be a close collaboration between the Board and management, as well as clearly defined goals for management to execute. Therefore, it is key for the Board to specify the responsibilities of both management and the Board in the fundraising effort. Implementing the fundraising plan is a responsibility shared by the Board and not be left only to management.

**B. Fundraising Practices**: The Board should ensure that the CDC follows ethical fundraising practices and that its fundraising efforts are cost effective. It is the Board's responsibility to ensure that CDC's fundraising programs reflect well on CDC and mission. Therefore, the Board must exercise the following responsibilities:

1. **Designated Donations**: Frequently, a donor will contribute to the CDC and place restrictions on how such funds may be used. For example, the donor may want to fund a specific initiative or activity. In addition, the CDC may solicit funds with the promise that the donations will be used for a particular purpose. These are called restricted funds. As a member of the Board, you are responsible for ensuring that these funds are used for the purpose the donor specified, and not for other expenses such as overhead or other program activities. You should ask that any financial reports you receive specify whether the income is restricted or unrestricted, so that you can ensure that the donor's wishes are being carried out.

2. **Gift Acceptance Policy**: From time to time, CDC may be offered donations that would compromise CDC's ethics, financial circumstances, program focus, or other interests. For example, the source of the funds may be one that is inconsistent with the mission we are trying to serve. Therefore, it is important that the Board have clear standards and procedures for determining when it will not accept a donation. These standards and procedures must be discussed in advance and not after a questionable gift is being offered; otherwise, financial and time pressures on the CDC may cause the Board and management to make a wrong decision about whether to accept the gift.

8

3. **Fundraising Techniques**:  CDC's most valuable asset is its good name. One way the CDC may forfeit its good name is if it engages in inappropriate fundraising practices. In the past few years, newspapers have published several stories of otherwise legitimate charities that have employed questionable fundraising methods. Therefore, it is important that the Board ensure there is appropriate training and supervision of the people soliciting funds on CDC's behalf. The individuals conducting the solicitations should not employ techniques that are coercive, intimidating, or intended to harass potential donors.

4. **Compensation for Fundraisers**: The amount CDC pays for fundraising activities should reflect the skill, effort, and time expended by the individual or firm on our behalf. Basing compensation on a percentage of the money raised can encourage fundraisers to put their own interests ahead of those of CDC or the donor, and may lead to inappropriate techniques that jeopardize the CDC's values and reputation, as well as the donor's trust in CDC. Many professional fundraising associations prohibit their members from accepting payment for fundraising activities based on a percentage of the amount of charitable income raised or expected to be raised. For these reasons, CDC does not compensate internal or external fundraisers based on a commission or a percentage of the amount raised.

5. **Charitable Solicitation Laws**: Most states and the District of Columbia regulate the solicitation of contributions by charitable organizations. To solicit funds in the District and various states, CDC must register with the local government. Therefore, unless it qualifies for an exemption, CDC is required to register with the District government and with each state, such as Maryland and Virginia, where it solicits funds from individuals, foundations, or businesses located in that state. The Board is responsible for ensuring that the CDC complies with the various charitable solicitation laws.

6. **Privacy Policy:**  CDC respects the privacy of individual donors and, except where disclosure is required by law, will not sell or otherwise make available the names and contact information of donors without providing them an opportunity at least once a year to opt out of the use of their names.

C. **Board Participation:** In addition to the preceding tasks, each member of the Board should show his or her personal financial support for the CDC. Directors may contribute to  the CDC in ways other than financial, such as having an understanding of the community in need or having prior nonprofit experience. Directors also offer specialized skills such as human resources or financial expertise. CDC cannot succeed without those contributions.

However, we cannot expect others to financially support the CDC if the Board does not. Your personal participation is essential to a successful fundraising campaign.  CDC does not expect its Directors to donate a minimum dollar amount to the CDC. However, we do ask you to contribute to CDC's annual fundraising campaign.  CDC's goal is to have 100 percent participation by the Board.

In addition, you should help management identify and evaluate prospective donors, including individuals, corporations, and foundations. As a Director, you should also assist in cultivating prospective donors by stimulating interest in the CDC and its work.

# 3. Board's Responsibility for Financial Oversight

Because CDC is fortunate that people support us by giving their time and money—often at great sacrifice to themselves—it is important that we exercise good stewardship in managing the donations of our supporters.

The Executive Director plays a key role in managing the financial affairs of the CDC, but the Board has ultimate responsibility for ensuring that its funds are properly utilized. Indeed, because the oversight responsibility involves a review of the financial decisions made by officers, the Board must pursue certain conversations and actions independently of the Executive Director's influence.

Over the past several years, the IRS has increased its financial oversight of nonprofit organizations. Several states also have started extending these governance principles, previously applicable only to public companies, to cover nonprofit organizations. Moreover, grant makers and other donors expect nonprofit organizations to exercise robust financial oversight. Therefore, the Board should establish clear policies and procedures to protect CDC's financial assets and ensure that the CDC is following best practices.

As a Director, you can call on the CDC's resources, including the Executive Director and the independent auditors responsible for conducting CDC's annual audit, to help you perform your duties. In particular, the Board, or a designated committee of the Board, should meet with the auditors before the annual audit and after a draft audit is prepared to discuss the auditors' findings and to determine what steps, if any, the Board should take to improve the financial oversight of the CDC.

The following is a summary of the key financial responsibilities of the Board:

A. **Policies and Procedures:** While it is management's responsibility to oversee the day-to-day accounting and financial management of the CDC, the Board is responsible for ensuring that proper financial systems and controls are in place. For example, the Board should make sure there is a policy in place to require that at least two unrelated people bear the responsibility for receiving, depositing, and spending CDC's funds. The Board is also responsible for reviewing practices and reports to ensure that staff members are complying with Board-approved policies.

B. **Budget and Expenses:** The Board is responsible for reviewing and approving our annual budget. The Board should also receive financial reports on a regular basis several times a year. The reports should show budgeted and actual expenditures as well as budgeted and actual revenues. By carefully reviewing the regular financial reports, the Board will be able to determine whether adjustments must be made in spending to accommodate changes in revenues. In addition, the board is also responsible for preparing an annual year-end report of actual expenditures and annually posting the report along with the annual budget in publicly accessible forums including the internet.

However, prudent financial oversight requires that the Board look beyond periodic financial reports to consider how the CDC's current financial performance compares with that of previous years, and how its financial future appears. If CDC's net assets ever decline over a period of years, or if future funding seems likely to decrease significantly, the Board may need to take proper steps to achieve or maintain the financial stability of the CDC.

C. **Prudent Investment of Financial Assets:** You also have the obligation to establish policies and procedures to ensure that the CDC manages and invests its funds responsibly and in compliance with the legal requirements. The Board is responsible for establishing policies that govern how the funds will be invested, ensuring that donor-restricted funds are used in a manner that complies with the donor's restrictions, and allocating the returns from investments among the various programs. For example, the Board must decide questions such as:

- Will the CDC maintain a reserve or an endowment where the donor may place restrictions on funds that may be used to serve our purpose?
- How much of an operating reserve should we have (i.e., three months of operating expenses)? Under what circumstances can the CDC use the operating reserve? Who makes the decision to use the operating reserve?
- Are there any restrictions in how we will invest our funds? For example, does the CDC wish to invest in the stock of companies that manufacture armaments or alcohol, maintain gaming establishments, etc.?

10

We are expected to carry out our responsibility to manage the funds of CDC in good faith, and with the care an ordinarily prudent person in a like position would exercise under similar circumstances. This means that we are responsible for overseeing the investment of the funds to ensure that those charged with making the investment decisions, including any committee appointed by the Board, are acting prudently. As a Director, you should keep in mind several factors in carrying out these duties, among which are:

➢ The needs of CDC and the general economic conditions, including the possible effects of inflation and deflation;
➢ The expected total return for an investment, including appreciation, and how that plays within the overall investment portfolio;
➢ The need to preserve capital versus the need to generate income;
➢ The other resources available;
➢ An asset's special value, if any, to the CDC; and
➢ Any expected tax consequences with respect to an investment.

In managing the funds, the Board may incur appropriate costs that are reasonable in relation to the amount of assets being invested and the purposes of the CDC.

By following these steps, we will succeed as good stewards of CDC's funds in a manner that helps carry out the mission.


## 4. Strategic Planning

With the Executive Director, the Board takes the lead in mapping out the strategic direction of the CDC. The Board takes time annually (during start-up) and up to three years to develop a short/long-term plan for CDC, to ensure its future sustainability and growth.

The starting point of any strategic plan is the mission statement. Both the Board and Executive Director must have a good understanding of the mission and how current activities serve that mission.

Next, the Board must have a good understanding of the interests and concerns of our various stakeholders. What resources exist to meet the needs of the community we intend to serve, and what needs have not been met? The Board determines whether the activities CDC engages in, or may want to engage in for the future, are:

▪ Consistent with its mission; and
▪ Designed to meet its client community's current needs.

Third, the Board determines whether existing programs are also effective in carrying out the mission. Is CDC meeting the goals it set out to achieve? Are there more effective ways to achieve the mission? Does the nonprofit have to shift the focus of its mission to meet current or future stakeholder needs?

Finally, the Board evaluates what resources are available that would allow an undertaking of activities the Board has identified to help meet the needs of its stakeholders or expand its services.

Once the Board has evaluated current activities against the mission statement, taken stock of the needs of its stakeholders, and determined what resources are available to assist CDC in carrying out its mission, the Board and Executive Director are ready to develop a strategic plan. The plan will guide activities and initiatives from year to year. It will help the Board and management evaluate new opportunities as they arise, to see if they are consistent with the direction in which the Board and management want to take CDC.

Once the Board has adopted the strategic plan, the Executive Director is responsible for developing an annual work plan that implements the goals in the strategic plan. The Board will then measure the progress toward the strategic plan's goals on an annual basis.

## 5. Overseeing the Performance and Compensation of Management

The Executive Director of the CDC is hired and supervised by the Board. The Board also has the authority to fire the Chief Executive if he or she is not meeting the performance standards set by the Board.

The Board reviews the performance of the Chief Executive annually. By giving feedback at least annually, the Board assists the Chief Executive in performing to the best of his or her abilities. The Board is also responsible for setting the compensation for the Executive Director and other staff members. The Internal Revenue Code sets forth the criteria for determining who is the Executive Director, and provides that a nonprofit organization cannot pay more than "reasonable" compensation to its senior managers. Moreover, the Internal Revenue Code imposes penalties if excess compensation is paid.

The good news is that the Board can significantly reduce the risk of paying compensation to the Executive Director that will be considered excessive compensation. The Internal Revenue Code provides a three-step process that, if followed, will result in the IRS presuming that the compensation is reasonable. The three steps are:

1. The Board (or a committee of the Board authorized to set compensation) must approve the compensation level;
2. The Board (or committee) must make use of data showing how much similar organizations are paying their employees to determine that the compensation is reasonable; and
3. The decision-making process must be properly documented.

    **A. <u>Prior Approval by Authorized Body:</u>** To satisfy the first requirement, either the Board (or Board committee) must approve the compensation package in advance.

To participate in the compensation approval process, a Director cannot have a conflict of interest. If you, as a Director, have a conflict of interest, you must disclose your conflict to the other members of the Board, and you may not participate in the vote or discussions of management compensation.

The following are the principal rules for determining whether a conflict of interest exists:

1. A conflict of interest exists if you are participating in or economically benefiting from the compensation arrangement being voted on, or you have a family member benefiting from the compensation arrangement.
2. A conflict of interest exists if you are an employee subject to the direction or control of a member of management whose compensation is being voted on.
3. A conflict of interest exists if you receive compensation or other payments that must be approved by a member of management whose compensation is being voted on.
4. A conflict of interest exists if you have a material financial interest that would be affected by the compensation package being voted on.

       ❖ Example: The Executive Director owes you money and is having trouble paying it back. You may not vote on the Executive Director's compensation package because your vote may be influenced by your desire to recover the amount you are owed by the Chief Executive.

5. A conflict of interest exists if you vote on a compensation package for a member of management, and that member of management has approved, or will approve, a transaction providing economic benefits to you.

       ❖ Example: The Executive Director sits on the Board of a nonprofit that employs your spouse. As a member of that board, the Executive Director would be expected to vote on your spouse's compensation package. Therefore, as a member of our Board, you may not vote on the Executive Director's compensation package because your vote may be influenced by your desire to increase your spouse's compensation, which will provide an economic benefit to you as well.

12

Family members include your spouse, parents, siblings and their spouses, children and their spouses, and grandparents, great grandparents, grandchildren, and great grandchildren and their spouses.

A. <u>Use of Appropriate Comparability Data:</u> Prior to voting on Executive Director's compensation, the Board (or Board committee) must determine how the proposed compensation package compares to compensation paid by similar organizations for similar services. Comparability data is appropriate if it provides the Board with sufficient information to determine if the compensation arrangement, in its entirety, is reasonable when compared to what other organizations pay.

The information that may be used to make the comparability determination includes:

The actual compensation paid by similarly situated for-profit and nonprofit organizations for comparable positions; Whether or not there is a ready supply of people to perform similar services in the area; Current compensation surveys compiled  by independent firms; and
Actual written offers from similar institutions competing for the services of the senior manager.  There are a number of ways to obtain comparability data.  CDC may hire a compensation consultant to review CDC's compensation structure. The Board can also purchase compensation comparability data from organizations that provide technical assistance to other nonprofits or from human resource companies that compile that information for a fee.

As a starting point, the Board must have a clear understanding of what organizations qualify as our "peers" for purposes of making comparisons. The peer organizations may be different for different positions. For example, if the CDC were hiring a Director of Information Technology, it may want to look at comparably sized for-profit businesses as well as nonprofit organizations to determine the appropriate level of compensation.

B. <u>Proper Documentation of the Decision-Making Process:</u> The third part of the IRS procedure for setting management compensation is to ensure that the decision-making process is properly documented. The documentation may be written or electronic such as written minutes or an e-mail summary of the meeting. The documentation must note:

- The terms of the compensation package and the date it was approved;
- The members of the Board (or committee) who were present when the compensation package was debated, and those who voted on it;
- The comparability data obtained and relied on by the members of the Board and information on how the data was obtained; and
- Any actions taken by a regular member of the authorized body who had a conflict of interest with respect to the transaction (e.g., did the member leave the meeting and refrain from taking part in the decision?).

The documentation must be completed in a timely manner. This means that the CDC must prepare the records before the later of:

- ❑ The next meeting of the Board or committee, or
- ❑ Sixty days after the final action or actions are taken.

In addition, the Board or committee must review the documentation and make any needed corrections to the documentation within a reasonable amount of time.

 CDC has to comply with all three steps to establish the rebuttable presumption of reasonableness. We will not enjoy the protections the safe harbor affords if CDC fails to meet any one of these three requirements. Establishing the rebuttable presumption of reasonableness is also considered to be a "best practice" in terms

of nonprofit governance. The IRS will ask the CDC to disclose the method used to set management's compensation when we complete the annual IRS Form 990. In addition, in order to avoid an excess benefit transaction, CDC must report the compensation on the IRS Form W-2 issued to the recipient of the compensation (if he or she is an employee) or IRS Form 1099 (if he or she is an independent contractor), as well as the IRS Form 990.

## 6. Risk Management and Directors' and Officers' Insurance

A. **Liability of the CDC:** Our Board protects the assets of CDC, ensuring those assets are available to serve the mission. To do so, the Board implements a risk management plan.

The three basic steps in any risk management plan are:

1. Identify the risk;
2. Mitigate the risk; and
3. Insure against the risk

The Board works with management to identify activities that create risks for the CDC. The next step is to see if there are any procedures that will lessen the risk that a bad event will occur such as better employee training or the purchase of safety equipment. The final step is to work with our insurance broker to see if there is any way the CDC can insure against the risk that such a bad event occurs.

B. **Liability as a Director:** As a Director, you may be subject to a lawsuit if someone alleges that you failed to carry out your duties appropriately, or you were guilty of discrimination in connection with someone's employment or the provision of nonprofit services. To protect yourself from liability, consider these three steps:

1. **Prevention:** Exercise your duties as a Director with due care and ensure the CDC acts in accordance with legal requirements. This is the best way to avoid liability. If you carry out your duties as a Director diligently and with due care, you will be much less likely to encounter legal problems.

2. **Indemnification:** One way to protect yourself against liability is to seek an indemnification if a claim is made against you as a Director. An indemnification means that the CDC will pay the attorney's fees you incur and any legal damages you have to pay in connection with any acts you commit while serving on the Board. An indemnification may be authorized once the Board has met to review the matter and vote on whether you acted in accordance with the relevant standard of conduct. In general, you will be eligible for indemnification as long as you acted in good faith and in the best interests of the CDC. In the event that you successfully defend or dismiss a claim brought against you as a Director, the CDC will be required to indemnify you. Indemnification provisions are found in the governing documents. You should consult CDC's attorney to determine the extent to which the articles of incorporation and by-laws permits indemnification.

3. **Directors' and Officers' Insurance:** Another alternative is for the CDC to purchase Directors' and Officers' Liability Insurance (D&O insurance). Under most D&O insurance, you will be insured for your legal defense costs if you are sued, and the insurance will pay any settlement for claims covered by the policy, subject to any exclusions in the policy.

14

## 7. Board Evaluation

The final task the Board must undertake is to periodically evaluate its own performance. It is important for the Board to meet annually to discuss how it can improve its performance. The Board should determine what skills the Board may be lacking, and whether it can recruit a new member with those skills. For example, there is continuous need for members with a background in finance, human resources, or the law.

Moreover, each Director must be engaged in the work of the Board. If the Directors are not fully engaged in the Board's work, the Board should discuss what steps it should take to re-engage its members. Without a fully engaged Board, there is a likelihood that the work will fall on a few individuals. This will not only result in many tasks not being done, but will also put members of the Board who are most engaged at risk of becoming burned out. If efforts to re-engage a Director do not work, the Board should be willing to ask the Director with poor performance to resign from the Board, or to leave the Board at the end of his or her term. While evaluating the performance of individual members can be hard, it is important to remember that the Board's first duty is to serve the best interests of the CDC and not those of other members of the Board. Building a strong Board makes the workload more manageable and improves the performance of each member of the Board of Directors.

## *Conclusion*

Again, we want to express our appreciation of your willingness to serve as a Director of the CDC. There are many exciting challenges ahead, and we are grateful that you have accepted the responsibility of being a member of the Board.

As an Organization, we are committed to giving you the resources you need to succeed. In addition, we realize that as a new member, you have a background that is different from members of the Board who have served longer. Your presence enriches and renews the Board. Much of the information in this manual may seem overwhelming at first, but if you have any questions or if there is anything we can do to assist you in your Board service, please speak to the officers of the Board or Executive Director.

We serve an important mission, and we believe that you will find serving on the Board a rich and rewarding experience. Thank you for joining us.

15